DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIA GARCIA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:06-cr-00417 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date:  April 20, 2007 <br> Time:  9:00 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for March 30, 2007, **may be continued to April 20, 2007 at 9:00 a.m.**

The parties request this continuance because the defense is seeking the prior conviction record of the defendant to determine if there is a basis for the charge of felon in possession.  The conviction was in 1995, and counsel has been advised the records may be in archives, which will delay obtaining the records.  Also, consultation with Ms. Garcia's previous counsel may be required.  Government counsel is unavailable on Friday, April 13, 2007.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT  
United States Attorney

DATED: March 28, 2007         By  /s/ Dawrence W. Rice, Jr.  
DAWRENCE W. RICE, JR.  
Assistant United States Attorney  
Attorney for Plaintiff

DANIEL J. BRODERICK  
Federal Defender

DATED: March 28, 2007         By  /s/ Melody M. Walcott  
MELODY M. WALCOTT  
Assistant Federal Defender  
Attorney for Defendant  
JULIA GARCIA

## ORDER

The basis represented in the stipulation constitutes good cause, both for the continuance and for the exclusion of time.   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).  The matter is continued to April 20, 2007 at 9 a.m..

IT IS SO ORDERED.

**Dated:   March 28, 2007**          /s/ Lawrence J. O'Neill  
b9ed48                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference  
Hearing; and [Proposed] Order Thereon              2