DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JULIA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00417 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND [PROPOSED] ORDER THEREON |
| v. | |
| JULIA GARCIA, | Date:  May 25, 2007<br>Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for May 4, 2007, **may be continued to May 25, 2007 at 9:00 a.m.**

This continuance is requested to allow time for additional defense preparation and because the defense is still awaiting receipt of documents which have been requested and found, and additional time is needed for receipt of the documents and review and discussion with the defendant prior to the hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            McGREGOR M. SCOTT
United States Attorney

DATED: May 2, 2007                By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 2, 2007                By  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
JULIA GARCIA

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). Good cause exists for the continuance and the exclusion of time on the basis stated in the stipulation. However, this case has been continued several times, and counsel are expected either to be ready for a change of plea or setting a trial date on May 25th.

IT IS SO ORDERED.

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon          2

| | |
|---|---|
| Dated:  May 2, 2007 | /s/ Lawrence J. O'Neill |
| | UNITED STATES DISTRICT JUDGE |